# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0424
Lower Tribunal Nos. F12-24880, F14-45 & F15-8858

_____


**Terrance Duncan,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Daniel J. Tibbitt, P.A., and Daniel Tibbitt, for appellant.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.


Before SCALES, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> Fla. R. Crim. P. 3.850(b)(1) ("A motion to vacate a sentence that exceeds the limits provided by law may be filed at any time. No other motion shall be filed or considered pursuant to this rule if filed more than 2 years after the judgment and sentence become final unless it alleges that: (1) the facts on which the claim is predicated were unknown to the movant or the movant's attorney and *could not have been ascertained by the exercise of due diligence*, and the claim is made within 2 years of the time the new facts were or could have been discovered with the exercise of due diligence[.]") (emphasis added).